May 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH S. O'NEILL, Appellant

NO. 14-12-00266-CV            V.

AMY L. VINEKSI, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 14, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.